Michael Flanigan
Walther & Flanigan
1029 West 3rd Avenue, Suite 250
Anchorage, Alaska 99501
Ph: (907) 279-9999
Fax: (907) 258-3804
E-Mail: mflanigan@waltherflanigan.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY EDDY,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:10-cv- |

## **COMPLAINT**

Plaintiff, Gary Eddy, by and through his attorneys, Michael Flanigan and Paula M. Jacobson, states as follows:

## **Jurisdiction**

1. At all times relevant hereto, Gary Eddy was a resident of Juneau, Alaska in the District of Alaska.

2. This cause of action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346, 2401, and 2671 et seq. (FTCA) and 25 U.S.C. § 450f

Plaintiff's Complaint
*Eddy v. U.S.A.* Case No. 3:10-cv-_____ [ ]           Page 1

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

3. Southeast Alaska Regional Health Consortium Medical Clinic (SEARHC), was established under the Indian Self-Determination and Educational Assistance Act, as a tribal health consortium serving Alaska Natives in Southeast Alaska.

4. SEARHC is staffed by employees, contractors and/or agents, all of whom were acting in their scope of employment at the time of the events described herein.

5. The Alaska Native Tribal Health Consortium (ANTHC) and the South Central Foundation are health organizations established under the Indian Self-Determination and Educational Assistance Act, as tribal health consortiums serving Alaska Natives in Southcentral Alaska.

7. The ANTHC and the South Central Foundation jointly own and manage the Alaska Native Medical Center (ANMC).

8. ANMC is staffed by employees, contractors and/or agents who were acting in their scope of employment at the time of the events described herein.

9. Any civil action against a tribal organization, or one of its employees acting within the scope of employment, for tort claims resulting from the carrying out of an Indian Self-Determination and Educational Assistance Act [FN2] ("ISDEA") contract "shall be deemed to be an action against the United States" under the FTCA, Department of the Interior and Related Agencies Appropriations Act of 1991, Pub. L. No. 101- 512, Title III, § 314, 104 Stat. 1915, 1959 (Nov. 5, 1990) (codified as amended at 25 U.S.C. § 450f note) [hereinafter Section 314].

Plaintiff's Complaint
*Eddy v. U.S.A.* Case No. 3:10-cv-_____ [ ]   Page 2

10. Therefore, the following described claims are properly brought against the Defendant, under the Federal Tort Claims Act (FTCA).

11. More than six months ago, Plaintiff presented an administrative claim, setting forth the claims contained herein, to the United States Department of Health and Human Services, Indian Health Service; SEARHC; the Alaska Native Tribal Health Consortium; South Central Foundation, and ANMC.

11. Those agencies have failed to make a final disposition of the claims within that six-month period. Plaintiff has deemed such failure to be a denial of the claims pursuant to 28 U.S.C. § 2675. Thus Plaintiff has exhausted his administrative remedy.

12. Based on Paragraphs 1-11 above, this court has jurisdiction over the claims alleged herein.

### **Allegations of Negligence**

13. Plaintiff re-alleges the allegations stated in Paragraphs 1-12 above.

14. On November 27, 2006, plaintiff presented to the SEARHC clinic suffering from lower back, buttock, groin, and thigh pain, which he stated was unrelieved by medication. Plaintiff also complained of numbness in his groin and buttocks. SEARHC medical personnel did not order an MRI to determine the cause of plaintiff's continued complaints and symptoms.

15. On November 28, 2006, plaintiff presented to the SEARHC clinic still complaining of pain and numbness in his lower back, buttock, groin, and thigh. SEARHC

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

medical personnel did not order an MRI to determine the cause of plaintiff's continued complaints and symptoms.

16. On November 29, 2006, plaintiff once again presented to the SEARHC clinic complaining of pain in his lower back, buttock, groin, and thigh. He also complained of "a lot of numbness in his left lower leg". He told the SEARHC health care provider that he had no feeling when he urinated. The provider noted that plaintiff had decreased sensation to touch over his left lower extremity. SEARHC medical personnel did not order an MRI to determine the cause of plaintiff's continued complaints and symptoms.

17. On December 6, 2006 plaintiff presented to the SEARHC clinic once again and stated that he had been experiencing pain and numbness for two weeks and had difficulty with his urine flow. By that point, plaintiff was unable to walk without crutches. SEARHC medical providers did not order an MRI to determine the cause of plaintiff's complaints and symptoms.

18. On December 7, 2006, plaintiff presented to the SEARHC clinic complaining of low back pain and numbness. Medication was prescribed but no MRI was ordered to ascertain the cause of plaintiff's complaints and symptoms.

19. On December 8, 2006, plaintiff presented to the SEARHC clinic complaining of low back pain and numbness. Medication was prescribed but no MRI was ordered to ascertain the cause of plaintiff's complaints and symptoms.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

20. On December 8, 2006, plaintiff's chiropractor ordered an MRI to determine the cause of plaintiff's complaints and symptoms.

21. On December 11, 2006, plaintiff once again presented to the SEARHC clinic complaining of low back pain and continuous numbness of his buttocks, genitals, and left leg. Physical therapy was prescribed. SEARHC medical providers did not order an MRI to determine the cause of plaintiff's complaints and symptoms.

22. On December 12, 2006, plaintiff presented to the SEARHC clinic, where it was determined that he might be suffering from "significant radiculopathy possible bordering on a cauda equina syndrome.

23. On December 14, 2006, plaintiff had an MRI of his lumbar spine. The MRI showed severe multi-level degenerative changes of the lumbar spine, multi-level disc bulges and protrusions and severe spinal stenosis.

24. On December 19, 2006, SEARHC medical providers referred plaintiff to ANMC for a neurosurgical consultation, evaluation, and treatment.

25. On December 22, 2006, plaintiff was admitted to ANMC with a diagnosis of severe lumbar spinal stenosis, protracted left lower extremity weakness with pre-cauda equina type symptoms, and a large L3-4 herniated nucleus pulposus. Plaintiff underwent multi-level lumbar decompression surgery on the same date.

26. On December 26, 2006, plaintiff was diagnosed with an epidural hematoma, which required evacuation and additional surgery on his lumbar spine.

Plaintiff's Complaint
*Eddy v. U.S.A.* Case No. 3:10-cv-_____ [ ]  Page 5

27. Plaintiff now suffers from permanent paraplegia, neurogenic bladder, neurogenic bowel, and chronic pain. He cannot walk and he is confined to a wheelchair.

28. SEARHC by and through its employees and/or contractors was negligent in its failure to timely order an MRI and diagnose plaintiff's condition, which would have disclosed the severity of plaintiff's condition. SEARHC also failed to properly evaluate and treat plaintiff despite his repeated visits to the clinic and his consistent complaints of pain and numbness. That negligence is a direct and proximate cause of plaintiff's severe permanent physical impairment and other damages stated below.

29. The ANTHC, Southcentral Foundation, and ANMC by and through its employees and/or contractors were negligent in their failure to timely diagnose plaintiff's condition, as well its failure to appropriately evaluate and treat plaintiff. That negligence was a direct and proximate cause of plaintiff's severe permanent physical impairment and other damages stated below.

## **Damages**

30. Plaintiff re-alleges the allegations stated in Paragraphs 1-29 above.

31. As a proximate result of the combined negligence of the employees, agents and/or contractors employed by SEARHC, ANTHC, South Central Foundation and ANMC, Plaintiff has and will sustain the following damages"

    a. past and future medical expenses;

    b. past lost wages and benefits;

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

   c. future earning capacity, including benefits;

   d. past and future pain and suffering;

   e. past and future disability;

   f. future life care plan expenses.

WHEREFORE, plaintiff, Gary Eddy, prays for relief as follows:

  1. Compensation for past and future economic losses, including, but not limited to past and future loss of wages and earning capacity;

  2. Compensation for past and future medical, health care, and disability related expenses;

  3. Compensation for past and future pain and suffering;

  4. Compensation for loss of past and future enjoyment of life;

  5. Compensation for past and future inconvenience;

  6. Compensation for past and future severe permanent physical impairment;

  7. Prejudgment Interest, Attorneys Fees and Costs;

  8. Such other relief as the Court finds just.

DATED this 20th day of July, 2010, at Anchorage, Alaska.

        WALTHER & FLANIGAN
        ATTORNEYS FOR PLAINTIFF

        s/ Michael W. Flanigan, ABN #7710114
         1029 W. 3rd Ave., Ste 250
         Anchorage, Alaska, 99517-1014

Plaintiff's Complaint
*Eddy v. U.S.A.* Case No. 3:10-cv-_____ [ ]        Page 7

(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: mflanigan@waltherflanigan.com

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804