KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY EDDY,<br><br>         Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA<br><br>         Defendant. | Case No. 3:10-cv-00167-SLG<br><br>**NOTICE OF SETTLEMENT** |

The parties have settled this case and will file a notice of dismissal or a status report on or before November 30, 2012.

RESPECTFULLY SUBMITTED, on October 9, 2012, at Anchorage, Alaska.

                                        KAREN L. LOEFFLER
                                        United States Attorney

                                        Susan J. Lindquist
                                        Assistant U. S. Attorney
                                        Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012,
a copy of the foregoing Notice of Settlement
was served electronically on

Michael W. Flanigan

s/ Susan J. Lindquist

Eddy v. USA
Case No. 3:10-CV-00167-SLG