IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY EDDY, | ) Case No. 3:10-cv-00167-SLG |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

Based upon the parties' joint motion to dismiss with prejudice, this case is

DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses, and fees.

Dated:_____    _____
Sharon L. Gleason
U.S. District Court Judge

Eddy v. USA
Case No. 3:10-CV-00167-SLG                1